UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

| | |
|---|---|
| DOREEN A. VENTRELLA, : | |
| ADMINISTRATRIX OF THE ESTATE OF | : NO: 3:22-cv-00745 |
| BRANDEN VENTRELLA aka | : |
| BRANDON M. VENTRELLA | : |
| | |
| v. | : |
| | |
| SAHI TRANS INC. AND | : |
| GURWINDER SINGH | : JUNE 3, 2022 |

## NOTICE OF REMOVAL

To the United States District Court for the District of Connecticut:

Pursuant to 28 U.S.C. §§ 1441 and 1446, the defendants, Sahi Trans Inc. and Gurwinder Singh, hereby give notice that they have removed this action from the Superior Court of Connecticut, Judicial District of Fairfield at Stamford for the following reasons:

1. The plaintiff commenced the instant action against the undersigned defendants, Sahi Trans Inc. and Gurwinder Singh by service of a Summons and Complaint dated April 18, 2022. The plaintiff served a copy of the Summons and Complaint upon the defendant, Sahi Transport Inc., through the Commissioner of Motor Vehicles via U.S. Mail to Sahi Transport Inc.'s last known address on April 28, 2022. The defendant, Sahi Transport Inc., has not yet received a copy of the

Summons and Complaint. The plaintiff served a copy of the Summons and Complaint upon the defendant, Gurwinder Singh, through the Commissioner of Motor Vehicles via U.S. Mail to Gurwinder Singh's last known address on April 28, 2022. Mr. Singh received a copy of the Summons and Complaint on May 4, 2022.

2. The action is returnable in the Superior Court for the Judicial District of Fairfield at Stamford on May 31, 2022.

3. The above-described action is a civil action and is one which may be removed to the Court by the defendant pursuant to the provisions of Title 28, United States Code §§1441 and 1332, in that the complaint asserts a motor vehicle action brought by a Connecticut citizen, claiming that the plaintiff's decedent suffered serious, painful and permanent personal injuries, including death, arising out of a motor vehicle accident that occurred at the northbound direction on I-95 in the right lane (of three northbound lanes) adjacent to the entrance ramp to the northbound Fairfield rest area in Fairfield, Connecticut, and has been brought against the defendant, Sahi Trans Inc., a California corporation and defendant, Gurwinder Singh, both citizens of California.

4. Therefore, this action involves a controversy wholly between citizens of different states. There is complete diversity of citizenship.

5. Attached hereto, in compliance with 28 U.S.C. §1446(a), are complete and accurate copies of the process and pleadings received by the defendants, Sahi Transport Inc. and Gurwinder Singh.

6. The defendants, Sahi Transport Inc. and Gurwinder Singh, deny the plaintiff's material allegations.

7. Accordingly, this Court has original jurisdiction of this action under 28 U.S.C. § 1332 and supplemental jurisdiction pursuant to 28 U.S.C. §1367. The action may be removed to this Court pursuant to 28 U.S.C. §§1441, 1332, and 1446 as the defendants are not citizens of Connecticut.

**WHEREFORE**, the petitioners pray that the above action now pending in the Superior Court of Stamford be removed therefrom to this Court.

DEFENDANTS,
SAHI TRANS INC. AND GURWINDER SINGH

By  */s/ Bryan J. Haas*
  Bryan J. Haas (ct27710)
  Howd & Ludorf, LLC
  65 Wethersfield Avenue
  Hartford, CT  06114-1121
  (860) 249-1361
  (860) 249-7665 (Fax)
  bhaas@hl-law.com

## **CERTIFICATION**

      This is to certify that on June 3, 2022, a copy of the foregoing Notice of Removal was filed electronically and served by mail on anyone unable to accept electronic filing.  Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing.  Parties may access this filing through the Court's CM/ECF System.

Eric Reinken, Esquire
Reinken Law Firm
1100 Summer Street, 2nd Floor
Stamford, CT 06905

                                                */s/ Bryan J. Haas*
                                                Bryan J. Haas

**SUMMONS - CIVIL**
JD-CV-1 Rev. 2-22
C.G.S. §§ 51-346, 51-347, 51-349, 51-350, 52-45a, 52-48, 52-259;
P.B. §§ 3-1 through 3-21, 8-1, 10-13

For information on ADA accommodations, contact a court clerk or go to: *www.jud.ct.gov/ADA.*

**STATE OF CONNECTICUT**
**SUPERIOR COURT**
*www.jud.ct.gov*



**Instructions are on page 2.**

☐ Select if amount, legal interest, or property in demand, not including interest and costs, is LESS than $2,500.
☒ Select if amount, legal interest, or property in demand, not including interest and costs, is $2,500 or MORE.
☐ Select if claiming other relief in addition to, or in place of, money or damages.

**TO: Any proper officer**
By authority of the State of Connecticut, you are hereby commanded to make due and legal service of this summons and attached complaint.

| Address of court clerk *(Number, street, town and zip code)* | Telephone number of clerk | Return Date *(Must be a Tuesday)* |
|---|---|---|
| 123 Hoyt Street, Stamford, CT 06905 | ( 203 ) 965 – 5308 | 05/31/2022 |

☒ Judicial District   ☐ G.A. Number: ___   At *(City/Town)* **Stamford**
☐ Housing Session

Case type code *(See list on page 2)*   Major: **V**   Minor: **01**

**For the plaintiff(s) enter the appearance of:**

| Name and address of attorney, law firm or plaintiff if self-represented *(Number, street, town and zip code)* | Juris number *(if attorney or law firm)* |
|---|---|
| The Reinken Law Firm, 1100 Summer Street, 2nd Floor, Stamford, CT 06905 | 437029 |

Telephone number: ( 203 ) 325 – 8800
Signature of plaintiff *(if self-represented)*

The attorney or law firm appearing for the plaintiff, or the plaintiff if self-represented, agrees to accept papers (service) electronically in this case under Section 10-13 of the Connecticut Practice Book.   ☒ Yes   ☐ No

E-mail address for delivery of papers under Section 10-13 of the Connecticut Practice Book *(if agreed)*: **ereinken@reinkenlaw.com**

| Parties | Name *(Last, First, Middle Initial)* and address of each party *(Number; street; P.O. Box; town; state; zip; country, if not USA)* | |
|---|---|---|
| First plaintiff | Name: Ventrella, Doreen A, Administratrix of the Estate of Branden Ventrella AKA Brandon M. Ventrella<br>Address: 6 Danbury Road, Ridgefield, CT 06877 | P-01 |
| Additional plaintiff | Name:<br>Address: | P-02 |
| First defendant | Name: Sahi Trans, Inc.,<br>Address: 801 E. Atherton Drive, Apt. 148, Manteca, CA 95337 | D-01 |
| Additional defendant | Name: Singh, Gerwinder<br>Address: 801 E. Atherton Drive, Apt. 148, Manteca, CA 95337 | D-02 |
| Additional defendant | Name:<br>Address: | D-03 |
| Additional defendant | Name:<br>Address: | D-04 |

Total number of plaintiffs: 1   Total number of defendants: 2   ☐ Form JD-CV-2 attached for additional parties

**Notice to each defendant**

1. **You are being sued.** This is a summons in a lawsuit. The complaint attached states the claims the plaintiff is making against you.
2. To receive further notices, you or your attorney must file an *Appearance* (form JD-CL-12) with the clerk at the address above. Generally, it must be filed on or before the second day after the Return Date. The Return Date is not a hearing date. You do not have to come to court on the Return Date unless you receive a separate notice telling you to appear.
3. If you or your attorney do not file an *Appearance* on time, a default judgment may be entered against you. You can get an *Appearance* form at the court address above, or on-line at https://jud.ct.gov/webforms/.
4. If you believe that you have insurance that may cover the claim being made against you in this lawsuit, you should immediately contact your insurance representative. Other actions you may take are described in the Connecticut Practice Book, which may be found in a superior court law library or on-line at https://www.jud.ct.gov/pb.htm.
5. If you have questions about the summons and complaint, you should talk to an attorney.
   **The court staff is not allowed to give advice on legal matters.**

| Date | Signed *(Sign and select proper box)* | ☒ Commissioner of Superior Court<br>☐ Clerk | Name of person signing |
|---|---|---|---|
| 04/18/2022 | *(signature)* | | Eric L. Reinken |

**If this summons is signed by a Clerk:**
a. The signing has been done so that the plaintiff(s) will not be denied access to the courts.
b. It is the responsibility of the plaintiff(s) to ensure that service is made in the manner provided by law.
c. The court staff is not permitted to give any legal advice in connection with any lawsuit.
d. The Clerk signing this summons at the request of the plaintiff(s) is not responsible in any way for any errors or omissions in the summons, any allegations contained in the complaint, or the service of the summons or complaint.

*For Court Use Only*
File Date

I certify I have read and understand the above:
Signed *(Self-represented plaintiff)*   Date   Docket Number

**Instructions**

1. Type or print legibly. If you are a self-represented party, this summons must be signed by a clerk of the court.
2. If there is more than one defendant, make a copy of the summons for each additional defendant. Each defendant must receive a copy of this summons. Each copy of the summons must show who signed the summons and when it was signed. If there are more than two plaintiffs or more than four defendants, complete the Civil Summons Continuation of Parties (form JD-CV-2) and attach it to the original and all copies of the summons.
3. Attach the summons to the complaint, and attach a copy of the summons to each copy of the complaint. Include a copy of the Civil Summons Continuation of Parties form, if applicable.
4. After service has been made by a proper officer, file the original papers and the officer's return of service with the clerk of the court.
5. Use this summons for the case type codes shown below.
   Do not use this summons for the following actions:
   (a) Family matters (for example divorce, child support, custody, parentage, and visitation matters)
   (b) Any actions or proceedings in which an attachment, garnishment or replevy is sought
   (c) Applications for change of name
   (d) Probate appeals
   (e) Administrative appeals
   (f) Proceedings pertaining to arbitration
   (g) Summary Process (Eviction) actions
   (h) Entry and Detainer proceedings
   (i) Housing Code Enforcement actions

**Case Type Codes**

| MAJOR DESCRIPTION | CODE Major/Minor | MINOR DESCRIPTION | MAJOR DESCRIPTION | CODE Major/Minor | MINOR DESCRIPTION |
|---|---|---|---|---|---|
| Contracts | C 00 | Construction - All other | Property | P 00 | Foreclosure |
| | C 10 | Construction - State and Local | | P 10 | Partition |
| | C 20 | Insurance Policy | | P 20 | Quiet Title/Discharge of Mortgage or Lien |
| | C 30 | Specific Performance | | P 30 | Asset Forfeiture |
| | C 40 | Collections | | P 90 | All other |
| | C 50 | Uninsured/Underinsured Motorist Coverage | | | |
| | C 60 | Uniform Limited Liability Company Act – C.G.S. 34-243 | Torts (Other than Vehicular) | T 02 | Defective Premises - Private - Snow or Ice |
| | C 90 | All other | | T 03 | Defective Premises - Private - Other |
| Eminent Domain | E 00 | State Highway Condemnation | | T 11 | Defective Premises - Public - Snow or Ice |
| | E 10 | Redevelopment Condemnation | | T 12 | Defective Premises - Public - Other |
| | E 20 | Other State or Municipal Agencies | | T 20 | Products Liability - Other than Vehicular |
| | E 30 | Public Utilities & Gas Transmission Companies | | T 28 | Malpractice - Medical |
| | E 90 | All other | | T 29 | Malpractice - Legal |
| | | | | T 30 | Malpractice - All other |
| Housing | H 10 | Housing - Return of Security Deposit | | T 40 | Assault and Battery |
| | H 12 | Housing - Rent and/or Damages | | T 50 | Defamation |
| | H 40 | Housing - Housing - Audita Querela/Injunction | | T 61 | Animals - Dog |
| | H 50 | Housing - Administrative Appeal | | T 69 | Animals - Other |
| | H 60 | Housing - Municipal Enforcement | | T 70 | False Arrest |
| | H 90 | Housing - All Other | | T 71 | Fire Damage |
| | | | | T 90 | All other |
| Miscellaneous | M 00 | Injunction | Vehicular Torts | V 01 | Motor Vehicles* - Driver and/or Passenger(s) vs. Driver(s) |
| | M 10 | Receivership | | V 04 | Motor Vehicles* - Pedestrian vs. Driver |
| | M 15 | Receivership for Abandoned/Blighted Property | | V 05 | Motor Vehicles* - Property Damage only |
| | M 20 | Mandamus | | V 06 | Motor Vehicle* - Products Liability Including Warranty |
| | M 30 | Habeas Corpus (extradition, release from Penal Institution) | | V 09 | Motor Vehicle* - All other |
| | M 40 | Arbitration | | V 10 | Boats |
| | M 50 | Declaratory Judgment | | V 20 | Airplanes |
| | M 63 | Bar Discipline | | V 30 | Railroads |
| | M 66 | Department of Labor Unemployment Compensation Enforcement | | V 40 | Snowmobiles |
| | | | | V 90 | All other *Motor Vehicles include cars, trucks, motorcycles, and motor scooters. |
| | M 68 | Bar Discipline - Inactive Status | | | |
| | M 70 | Municipal Ordinance and Regulation Enforcement | | | |
| | M 80 | Foreign Civil Judgments - C.G.S. 52-604 & C.G.S. 50a-30 | | | |
| | M 83 | Small Claims Transfer to Regular Docket | Wills, Estates and Trusts | W 10 | Construction of Wills and Trusts |
| | M 84 | Foreign Protective Order | | W 90 | All other |
| | M 89 | CHRO Action in the Public Interest - P.A. 19-93 | | | |
| | M 90 | All other | | | |

| | |
|---|---|
| **RETURN DATE: MAY 31, 2022** : | **SUPERIOR COURT** |
| **DOREEN A. VENTRELLA,** : <br> **ADMINISTRATRIX OF THE ESTATE** <br> **OF BRANDON VENTRELLA AKA** <br> **BRANDON M. VENTRELLA** | **J.D. OF STAMFORD/NORWALK** |
| **V,** : | **AT STAMFORD** |
| **SAHI TRANS, INC.** <br> **GURWINDER SINGH;.** : | **APRIL 18, 2022** |

## COMPLAINT

### FIRST COUNT: WRONGFUL DEATH CONN. GEN. STAT. §52-555 :

1. On or about July 22, 2020 at approximately 4:47 p.m., the decedent, Brandon Ventrella was operating a blue 2009 Hyundai Elantra motor vehicle bearing Connecticut Registration AS22510 travelling northbound on I-95 in the right lane of three, adjacent to the entrance ramp to the northbound Fairfield rest area in Fairfield, Connecticut.

2. At said time, the defendant, Gurwinder Sing was operating a 2016 white Freightline Cascadia tractor motor vehicle with a sleeper cab bearing California Registration XP39019 which was parked within the right shoulder of the entrance ramp to the northbound Fairfield car/ truck rest area and the 22 exit ramp of I-95 north in Fairfield, Connecticut.

3.  At said time and place, the decedent, Brandon Ventrella attempted to pull over to the shoulder when he struck the rear of the defendant's vehicle causing him to fatal injuries.

4.  The decedent, Brandon Ventrella died on October 8, 2020 as a result of the injuries sustained in said accident.

5.  The plaintiff, Doreen A. Ventrella, the decedent's mother, was appointed Administratrix of the Estate of Branden Ventrella AKA Branden M. Ventrella on January 27, 2021 and brings this action pursuant to Conn. Gen. Stat. §52-555 on behalf of her decedent.

6.  At all times relevant hereto, the defendant, Sahi Trans, Inc. was the owner of said 2016 Freightline Cascadia tractor motor vehicle.

7.  At all times relevant hereto, the defendant, Gurwinder Singh was operating said 2016 Freightline Cascadia tractor motor vehicle within the scope and/or authority of the express and/or implied permission of the defendant, Sahi Trans, Inc. and/or as an employee of said.

8.  The aforesaid collision was caused by the negligence and/or carelessness of the defendant, Gurwinder Singh in one or more of the following respects:

    (a)  In that he allowed his vehicle to remain stationary within the limits of a public highway in such a manner as to constitute a traffic hazard or obstruct the free movement of traffic in violation of Connecticut General Statute §14-251;

    (b)  Failed to move a vehicle which had not become disabled in violation of Connecticut General Statute §14-251;

2

(c) Failed to remove his vehicle within a reasonable amount of time from the highway in violation of Connecticut General Statute §14-251;

(d) Parked his vehicle on the curved portion of the highway in violation of Connecticut General Statute §14-251;

(e) Parked his motor vehicle in the right-of-way of any state limited access highway in violation of Conn. Agency Regs. §14-298-241;

(f) Parked a commercial motor vehicle upon the traveled portion of the highway or the shoulder of a highway and failed to immediately activate the vehicular hazard warning signal flashers and continue the flashing until the driver placed the warning devices in the roadway in violation of 49 CFR §392.22;

(g) Failed to employ warning devices in violation of 49 CFR §392.22;

(h) Failed to place three bidirectional reflective triangles, or three lighted fusees or liquid-burning flares in violation of 49 CFR §392.22;

(i) Failed to equip his vehicle with three bidirectional emergency reflective triangles that conformed to the requirements of Federal Motor Vehicle Safety Standard No. 125, §571.125; and

(j) Failed to equip his vehicle with 6 fusees or three liquid-burning flares in violation of 49-CFR §392.22;

(k) Parked in a no parking area on the highway

(l) Parked in a no parking area in violation of 49 CFR §392.22

9. As a direct result of the aforesaid accident, the Plaintiff, Brandon Ventrella sustained the following injuries:

(a) wrongful death

3

(b) fatal blunt force trauma to the head

(c) massive bifrontal injury with comminuted bifrontal fracture and corner

(d) subdural and intraparenchymal hematoma

(e) fracture C7 vertebrae

(f) bicoronal open skull fractures, frontal contusions, exposed brain

(g) numerous contusions and bruises throughout his body

(h) numerous skull fractures

(i) facial fractures.

10. As a further result of the aforesaid attack, the Plaintiff, Doreen Ventrella, was required to expend and/or will be required to expend in the future considerable sums of money for emergency medical care and treatment, hospitalization, medicine, medical care and treatment, x-rays and other diagnostic tests, surgery, including bifrontal craniectomy, bifrontal partial lobectomy of the exposed brain with cranialization of the frontal sinuses and anterior skull base repair h to her financial loss.

11. As a further result of the aforesaid accident, the decedent, Branden Ventrella, suffered great physical, mental and emotional pain and anguish.

4

12. As a further result of the aforesaid accident, the decedent, Branden Ventrella, had a loss of life's activities.

THE PLAINTIFF,

BY: _____
Eric L. Reinken, Esq.
The Reinken Law Firm
1100 Summer Street
2nd Floor
Stamford, CT 06905
Tel No: 203-325-8800
Fax No: 203-325-8807
Juris #: 102112

| | | |
|---|---|---|
| **RETURN DATE: MAY 31, 2022** | : | **SUPERIOR COURT** |
| **DOREEN A. VENTRELLA, ADMINISTRATRIX OF THE ESTATE OF BRANDON VENTRELLA AKA BRANDON M. VENTRELLA** | : | **J.D. OF STAMFORD/NORWALK** |
| **V,** | : | **AT STAMFORD** |
| **SAHI TRANS, INC. GURWINDER SINGH;** | : | **APRIL 18, 2022** |

## CLAIM FOR RELIEF

WHEREFORE, the plaintiff claims:

1. Money damages including just damages and the cost of reasonably necessary medical, hospital and nursing services, and including funeral expenses pursuant to Conn. Gen. Stat. §52-555 ;
2. Costs of suit; and
3. Such other relief as the Court deems just and proper.

THE PLAINTIFF,

BY: _____
Eric L. Reinken, Esq.
The Reinken Law Firm
1100 Summer Street
2nd Floor
Stamford, CT 06905
Tel No: 203-325-8800
Fax No: 203-325-8807
Juris #: 102112

6

| | | |
|---|---|---|
| **RETURN DATE: MAY 31, 2022** | : | **SUPERIOR COURT** |
| **DOREEN A. VENTRELLA, ADMINISTRATRIX OF THE ESTATE OF BRANDON VENTRELLA AKA BRANDON M. VENTRELLA** | : | **J.D. OF STAMFORD/NORWALK** |
| **V,** | : | **AT STAMFORD** |
| **SAHI TRANS, INC. GURWINDER SINGH;** | | |
| | : | **APRIL 18, 2022** |

## STATEMENT OF AMOUNT IN DEMAND

The amount of demand, exclusive of interest and costs, is in excess of Fifteen Thousand ($15,000.00) Dollars.

THE PLAINTIFF,

BY: _____
Eric L. Reinken, Esq.
The Reinken Law Firm
1100 Summer Street
2nd Floor
Stamford, CT 06905
Tel No: 203-325-8800
Fax No: 203-325-8807
Juris #: 102112

7